# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 06-1354-JGG

BRETT SHANNON JOHNSON

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

**BRETT SHANNON JOHNSON**, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from District of South Carolina was held on September 18, 2006.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **BRETT SHANNON JOHNSON** is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant elects to have the preliminary hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **BRETT SHANNON JOHNSON** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE and ORDERED** in Chambers in Orlando, Florida, this __18__ day of September, 2006.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Charging District
United States Attorney
United States Marshal
Pretrial Services Office
Defense Counsel